Irving Galusha, Appellant, v. Elizabeth K. Hughes Maltby, Individually and as Executrix, etc., and Another, Respondents.— Judgment affirmed, with costs. All concurred.

Simon August, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elsie Rose, as Administratrix, etc., Respondent, v. International Railway Company and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Estate of Mattie Hodges, Deceased.— Decree affirmed, with costs. All concurred.

Anna Crandall, as Sole Administratrix, etc., Respondent, v. Henry H. Kies, Appellant.— Judgment and orders affirmed, with costs. All concurred.

Albert Miller and Another, as Executors and Trustees, etc., Respondents, v. David Melnick and Others, Defendants. Traders Box and Lumber Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Francis Knapp, Respondent, v. Niagara Junction Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Consolidated Water Company of Utica, New York, Appellant, v. John Harvey, Respondent.— Judgment affirmed, with costs. Held, that upon